### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Petties, Shirley E | Case Number: 05 B 27396 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 3/11/08 | Filed: 7/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 29, 2008
Confirmed: September 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,700.00 | |
| Secured: | | 3,368.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,030.00 |
| Trustee Fee: | | 301.80 |
| Other Funds: | | 0.00 |
| Totals: | 5,700.00 | 5,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 2,030.00 | 2,030.00 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial | Secured | 3,458.95 | 3,368.20 |
| 5. | Commonwealth Edison | Unsecured | 597.74 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 43.66 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 496.00 | 0.00 |
| 8. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 9. | CitiFinancial | Unsecured | | No Claim Filed |
| 10. | City Of Chicago | Unsecured | | No Claim Filed |
| 11. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | Harris & Harris | Unsecured | | No Claim Filed |
| | | | $ 6,626.35 | $ 5,398.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 132.00 |
| 5% | 15.00 |
| 4.8% | 57.60 |
| 5.4% | 97.20 |
| | $ 301.80 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Petties, Shirley E

Printed:  3/11/08

Case Number:  05 B 27396

Judge:  Goldgar, A. Benjamin

Filed:  7/11/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

